# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. BLEDSOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-10-JCH |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff Michael D. Bledsoe's motion for leave to file an amended complaint. Plaintiff has not submitted a proposed amended complaint with his motion. As such, the Court is unable to determine whether the motion should be granted. Therefore, the Court will deny the motion without prejudice. If plaintiff wishes to file an amended complaint, he must file a proposed amended complaint contemporaneously with a motion for leave to file an amended complaint.

Plaintiff is cautioned, however, that to the extent he seeks to reinstate defendants the Missouri Department of Corrections ("MDOC") and the Missouri Sexual Offender Program ("MOSOP"), these defendants have already been dismissed upon initial review pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* ECF Nos. 19 and 20. These entities are not "persons" subject to suit under § 1983. Moreover, suit against these entities is barred by the Eleventh Amendment. *Id.* Any motion for leave to amend the complaint to reinstate these two defendants would be denied as futile.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint [Doc. 22] is **DENIED without prejudice**.

Dated this 28th day of July, 2021.

Jean C. Hamilton<br>
JEAN C. HAMILTON<br>
UNITED STATES DISTRICT JUDGE